## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

CASE NO. 15-17874-JKO
CHAPTER 7

JACK TAWIL,

    Debtor.
_____/

BONETA, INC and ERIK BONETA,

    Plaintiffs,

v.                              ADV. NO.

JACK TAWIL,

    Defendant.
_____/

### COMPLAINT OBJECTING TO DISCHARGEABILITY
### OF DEBT UNDER 11 U.S.C. §523(a)(2)(A); §523(a)(4) AND §523(a)(6)

Plaintiffs, BONETA, INC. and ERIK BONETA, by and through undersigned counsel, sue Defendant, JACK TAWIL, and allege:

### JURISDICTION, VENUE AND PARTIES

1.    Jurisdiction over this Adversary Proceeding arises pursuant to 28 U.S.C. §1334. This is a core proceeding as defined under 28 U.S.C. §157(b)(2)(I). Venue in the Southern District of Florida is proper pursuant to 28 U.S.C. §1409.

2.    The Defendant is the debtor in this chapter 7 case, having filed his petition herein on April 30, 2015.

3.    Plaintiffs are creditors of the Debtor.

## COMMON ELEMENTS

4. Approximately 3 years ago, Plaintiffs provided Defendant inventory to sell in the amount of $100,000.00.

5. Defendant defaulted on the agreement.

6. Defendant offered Plaintiff a watch to sell to pay down his outstanding debt.

7. Plaintiff sold the watch to a third party. It was later learned that the watch was stolen and Plaintiff reimbursed the third party in the amount of $20,000.00. The amount due to Plaintiff is $120,000.00. Plaintiff is not alleging that Defendant stole the watch.

8. Defendant agrees to non-dischargeability of Plaintiffs debt and agrees to a Judgment which will be submitted to the Court.

## COUNT I

9. Plaintiffs reallege and reaffirm the allegations contained in paragraphs 1 through 8 as if fully set forth herein.

10. The dischargeability of Defendant's debt to Plaintiff should be denied under §523(a)(2)(A), §523(a)(4) and §523(a)(6).

WHEREFORE, Plaintiffs demand judgment denying the dischargeability of Defendant's debt to Plaintiffs pursuant to Bankruptcy Code §523(a)(2)(A), §523(a)(4) and §523(a)(6), reasonable costs and attorney's fees, and for such other and further relief as is just.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

RAPPAPORT OSBORNE RAPPAPORT & KIEM, PL
Attorneys for Plaintiff
Squires Building, Suite 203
1300 North Federal Highway
Boca Raton, Florida 33432
Telephone: (561) 368-2200


BY: /s/
    LES OSBORNE, ESQ.
    FL Bar No. 823139