UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In Re:

JACK TAWIL,                                         CASE NO. 15-17874-BKC-JKO
                                                    CHAPTER 7
    Debtor.
_____/

BONETA, INC and ERIK BONETA,

    Plaintiffs,                                ADV. CASE NO. 15-01719-JKO

vs.

JACK TAWIL,

    Defendant.
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true copy of the AGREED FINAL JUDGMENT [ECF 6] was served electronically where available or by regular mail to all parties listed on the service list attached on the 20th day of January, 2016.

    I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

    RAPPAPORT OSBORNE RAPPAPORT & KIEM, PL
    Attorneys for Plaintiffs
    Squires Building, Suite 203
    1300 North Federal Highway
    Boca Raton, Florida 33432
    Telephone:  (561) 368-2200

    BY:___/s/_____
        LESLIE OSBORNE, ESQ
        Florida Bar No. 082319

SERVICE LIST:

*Via U.S. Mail:*

**Jack Tawil**
1095 West Lake Street
Hollywood, FL 33019